435 A.2d 640

Commonwealth v. Smith, Appellant.

Submitted September 11, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 640

Commonwealth v. Stevenson, Appellant.

Submitted December 5, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence is affirmed on the comprehensive opinion of President Judge Richard S. Lowe of Montgomery County.